# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**ALENA WINGERTER**,

    Plaintiff,

v.                                                                                          6:23-cv-1833-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.

---

## ORDER

The parties consented to proceed before a magistrate judge for all proceedings, (Doc. 21), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 20). The Commissioner of Social Security seeks remand to:

> [R]econsider findings at the relevant steps of the sequential evaluation process, including but not limited to a reevaluation of the Plaintiff's ability to perform work that exists in significant numbers on the national economy.

(Doc. 20 at 1).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 20) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on remand, plaintiff must comply with the order (Doc. 1) entered on November 14,

2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment accordingly, terminate all scheduled events, and close the case.

          **ORDERED** on February 26, 2024.

          */s/ Nicholas P. Mizell*
          NICHOLAS P. MIZELL
          United States Magistrate Judge